IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CR-01-110-01-C |
| ) | |
| WILLIAM SHAROD WRIGHT, ) | |
| ) | |
| Defendant ) | |

O R D E R

This matter is before the Court on the motion of Defendant William Sharod Wright for early termination of the three-year term of supervised release imposed January 23, 2002. Defendant began serving his term of supervised release January 30, 2020. The term is scheduled to expire on or about January 23, 2023.

The Court finds it has jurisdiction to consider this request pursuant to Title 18, United States Code, Section 3583(e)(1). Plaintiff has no objection to Defendant's request. Indeed, Plaintiff acknowledges Defendant's compliance and achievements while on supervision. Plaintiff also notes the United States Probation Office has confirmed Defendant is in compliance with all goals and that he has incurred no violations during the past year.

The Court has considered the applicable statutes and guidance from the Judicial Conference of the United States. The Court has also considered the information in the record regarding the underlying offense. Defendant's performance while in confinement and continuing through the first 27 months of supervision indicates he has achieved the

major goals of supervision: abandonment of criminal behavior; abstinence from drugs and alcohol; maintaining gainful employment; maintaining stable housing; resumption of family responsibilities; and engagement in pro-social activities.

For the reasons set forth herein, Defendant's Motion to Terminate Defendant's Supervised Release Term (Dkt. No. 547) is GRANTED. It is the Order of the Court that the three-year term of supervised release is terminated and Defendant William Sharod Wright is discharged from further supervision.

IT IS SO ORDERED this 26th day of April 2022.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge